ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Raytheon Company | ) ASBCA Nos. 60696, 60857, 61002 |
| | ) 61108, 61484, 61485 |
| Raytheon Missile Systems | ) 61489, 61589, 61634 |
| | ) 61683, 61867, 62014 |
| Raytheon Company Intelligence, | ) 62177, 62220, 62275 |
| Information and Services | ) 62276, 62277, 62278 |
| | ) 62298, 62363, 62392 |
| Raytheon Company, Space and Airborne | ) |
| Systems | ) |
| | ) |
| Under Contract No. W15P7T-07-C-P207 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Karen L. Manos, Esq.
    John W. F. Chesley, Esq.
    Katherine J. King, Esq.
     Gibson, Dunn & Crutcher LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
     DCMA Chief Trial Attorney
    Alexander M. Healy, Esq.
     Trial Attorney
     Defense Contract Management Agency
     Hanscom AFB, MA

<u>ORDER OF DISMISSAL</u>

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 28, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60696, 60857, 61002, 61108, 61484, 61485, 61489, 61589, 61634, 61683, 61867, 62014, 62177, 62220, 62275, 62276, 62277, 62278, 62298, 62363, 62392, Appeals of Raytheon Company, Raytheon Missile Systems, Raytheon Company Intelligence, Information and Services, Raytheon Company, Space and Airborne Systems, rendered in conformance with the Board's Charter.

Dated:  June 28, 2022

_for_ Jammye D. Albott

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals